VINCENT LEON GUERRERO
P.O. BOX 12457
TAMUNING, GUAM 96931
TELEPHONE: (671) 687-5947

WILLIAM T. DOWD (Pro Hac Vice)
ALEX R. LUMAGHI (Pro Hac Vice)
LAURA G. LUMAGHI (Pro Hac Vice)
RACHEL K. DOWD (Pro Hac Vice)
211 North Broadway, Suite 4050
St. Louis, Missouri 63102
Tel: 314-621-2500
Fax: 314-621-2503

*Attorneys for Plaintiff Guam Waterworks Authority*

## IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| GUAM WATERWORKS AUTHORITY,<br><br>            Plaintiff,<br><br>  vs.<br><br>BADGER METER, INC., et. al.<br><br>            Defendants. | CIVIL CASE NO. CV20-00032<br><br>**MOTION OF GUAM WATERWORKS AUTHORITY TO EXCLUDE THE TESTIMONY AND OPINIONS OF J. BRADLEY SARGENT** |

Plaintiff Guam Waterworks Authority, by and through Counsel, hereby moves the Court for an order excluding the testimony and opinions of J. Bradley Sargent, pursuant to Federal Rule of Evidence 702. The grounds for this motion are set forth in the Memorandum in Support, declaration and exhibits incorporated herein.

Page 1

**DATED** this 1ˢᵗ day of March, 2023.

          Respectfully submitted.

          DOWD & DOWD, P.C.

By: /s/ *William T. Dowd*
    WILLIAM T. DOWD (Pro Hac Vice)
    ALEX R. LUMAGHI (Pro Hac Vice)
    LAURA G. LUMAGHI (Pro Hac Vice)
    RACHEL K. DOWD (Pro Hac Vice)
    211 North Broadway, Suite 4050
    St. Louis, Missouri 63102
    Tel: 314-621-2500
    Fax: 314-621-2503
    bill@dowdlaw.net
    alex@dowdlaw.net
    laura@dowdlaw.net
    racheldowd@dowdlaw.net

VINCENT LEON GUERRERO
P.O. Box 12457
Tamuning, Guam 96931
Telephone: (671) 687-5947
vlgguamlaw@gmail.com

*Attorneys for Plaintiff Guam Waterworks Authority*

# CERTIFICATE OF SERVICE

The undersigned counsel certifies that a copy of the above Motion to Exclude the Testimony and Opinions of J. Bradley Sargent was served by operation of the Court's electronic filing system on all counsel of record this 1st day of March, 2023.

| | |
|---|---|
| Thomas L. Shriner, Jr.<br>Philip C. Babler<br>Anne-Louise T. Mittal<br>Foley & Lardner LLP<br>777 E. Wisconsin Ave.<br>Milwaukee, WI 53202<br>414-319-7215<br>Email: tshriner@foley.com<br>       pcbabler@foley.com,<br>       amittal@foley.com | Thomas C. Sterling<br>Richard L. Johnson<br>Blair Sterling Johnson and Martinez<br>238 Archbishop Flores Street<br>Suite 1008, DNA Building<br>Hagatna, GU 96910-5205<br>671-477-7857<br>Fax: 671-472-4290<br>Email: tcsterling@bsjmlaw.com<br>       rjohnson@bsjmlaw.com |
| Venessa Miller<br>Foley & Lardner LLP<br>500 Woodward Ave., Suite 2700<br>Detroit, MI 48226<br>Email: vmiller@foley.com | |

By:     */s/ William T. Dowd*