# EXHIBIT 3

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| GUAM WATERWORKS AUTHORITY, | ) |
| | ) Video-recorded |
|     Plaintiff, | ) deposition of: |
| | ) |
| vs. | ) JOHN BRADLEY SARGENT |
| | ) |
| BADGER METER, INC., et al., | ) |
| | ) Civil Action No. |
|     Defendants. | ) 20-cv-00032 |
| | ) |

December 13, 2022 * 9:08 a.m.

Location:  Office of Foley & Lardner
95 South State Street, Suite 2500
Salt Lake City, Utah 84111

Reporter:  Kelly Fine-Jensen, RPR

Videographer:  Gavin Bohne, CLVS

```
 1              A P P E A R A N C E S

 2   FOR THE PLAINTIFF:

 3              William T. Dowd
                Rachel Dowd (via teleconference)
 4              Laura Lumaghi (via teleconference)
                Alex Lumaghi (via teleconference)
 5              DOWD & DOWD, P.C.
                Attorneys at law
 6              211 N. Broadway, Suite 4050
                St. Louis, Missouri 63102
 7              Telephone:  (314) 621-2500
                E-mail:  bill@dowdlaw.net
 8

 9   FOR THE DEFENDANT:

10              Vanessa L. Miller
                FOLEY & LARDNER, LLP
11              Attorney at law
                500 Woodward Avenue, Suite 2700
12              Detroit, Michigan 48226
                Telephone:  (313) 234-7130
13              E-mail:  vmiller@foley.com

14
     ALSO PRESENT:
15
                Cody W. Stanger
16              Jim Spencer

17

18

19

20

21

22

23

24

25
```

```
 1                        I N D E X

 2   JOHN BRADLEY SARGENT:                         PAGE

 3   Examination by Mr. Dowd                          5

 4   Examination by Ms. Miller                      162

 5   Further examination by Mr. Dowd                164

 6

 7                       E X H I B I T S

 8   NO.                DESCRIPTION                 PAGE

 9   Exhibit 4   Rebuttal to J. Bradley Sargent
                 Report of Nov. 4, 2022,
10               December 5, 2022
                 (previously marked)
11
     Exhibit 5   Expert Report of J. Bradley
12               Sargent, November 14, 2022
                 (previously marked)
13
     Exhibit 104 Badger Meter, Lead-Free Bronze
14               Disc Meters, Warranty,
                 BM-0006143-144 (previously marked)
15
     Exhibit 105 Badger Meter, Lead-Free Bronze
16               Disc Meters, Warranty,
                 BM-0016060-061 (previously marked)
17
     Exhibit 195 Table 5.3 Test Requirements for
18               New, Rebuilt, and Repaired
                 Cold-Water Meters
19               (previously marked)

20   Exhibit 304 Guam Waterworks Authority,          63
                 Financial Statements, Additional
21               Information, and Independent
                 Auditors' Report, Years Ended
22               September 30, 2016 and 2015,
                 GWA 002571-617
23
     Exhibit 305 List of Documents Received         157
24

25
```

1  consumption.
2          Is that your understanding, that if -- if
3  the test meter -- bench were to put 1,000 gallons
4  through, and the meter said it showed 600, but they
5  know they put 1,000 through, that that's 60 percent
6  accuracy, and 400 gallons were missed?
7      A.   That's my assumption, yes.
8      Q.   Okay.  And that the revenue that would
9  have been generated from that 400 gallons was lost to
10 the billing system on the functioning of the meter
11 prior to testing?
12     A.   As an assumption, yes.
13     Q.   Okay.  No reason to disagree with the sort
14 of math or logic of that?
15     A.   None.
16     Q.   So, on page 18 of your report, under the
17 first full paragraph you state:  "The Stanger Report
18 presumed" -- in italics -- "that malfunctioning
19 meters would read at a lower level than accurate
20 meters."
21          And you still stand by that statement as a
22 criticism?
23     A.   Yes.
24     Q.   Okay.  Explain that to me.  How would a
25 malfunctioning, inaccurate meter not read at a lower

U.S. Legal Support | www.uslegalsupport.com
Case 1:20-cv-00032    Document 108-3    Filed 03/15/23    Page 5 of 6
100

REPORTER'S CERTIFICATE

STATE OF UTAH        )
                     )  ss.
COUNTY OF SALT LAKE  )

       I, Kelly Fine-Jensen, Registered Professional Reporter, do hereby certify:

       That prior to being examined, the witness, JOHN BRADLEY SARGENT, was by me duly sworn to tell the truth, the whole truth, and nothing but the truth;

       That said deposition was taken down by me in stenotype on December 13, 2022, at the place therein named, and was thereafter transcribed and that a true and correct transcription of said testimony is set forth in the preceding pages.

       A request having been made to review the transcript, a reading copy was sent to Ms. Miller for the witness to read and sign and then return for filing with Mr. Dowd.

       I further certify that I am not kin or otherwise associated with any of the parties to said cause of action and that I am not interested in the outcome thereof.

       WITNESS MY HAND this 28th day of December, 2022.

_____
Kelly Fine-Jensen, RPR